UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-23973-RNS

EDDY PERERA-GONZALEZ,

    Plaintiff,

v.

JORGE RODRIGUEZ, individually,
CITY OF HIALEAH, Florida, a
municipal corporation,

    Defendants.
_____/

FILED BY _____ D.C.
JAN 13 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF CONVENTIONAL FILING

Please take notice that the foregoing CD containing the video of the news television footage of the incident is being filed conventionally for the following reasons:

☑ A Court Order [DE 35] (copy attached).

☑ It cannot be converted to an electronic format.

☐ A technical failure of the court's CM/ECF website on _____ date.

Date: January 13, 2021.

Respectfully submitted,

**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Telephone: 305-995-5600
Facsimile: 305-995-6090

By: /s/ Elizabeth M. Hernandez
Elizabeth M. Hernandez, Esq.
Florida Bar No. 378186
**Carolina S. Piñero, Esq.**
Florida Bar No. 119335
Elizabeth.Hernandez@bowmanandbrooke.com
Carolina.Pinero@bowmanandbrooke.com
Juliet.Menendez@bowmanandbrooke.com
*Counsel for Defendant Jorge Rodriguez*

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on January 13, 2021, a true and correct copy of the foregoing was served via e-mail including the video presented in a ShareFile link to all counsel of record on the attached Service List.

s/ *Elizabeth M. Hernandez*
Elizabeth M. Hernandez

## SERVICE LIST

**Paul Basile, Esq.**
The Law Office of
Kassebaum and Basile, P.A.
150 W. Flagler Street, Suite 1675
Miami, FL 33130
Email: paul@kblawmiami.com
Tel. 305-445-2985
*Attorneys for Plaintiff*

**Charles W. Flynn, III, Esq.**
Stolzenberg Gelles Flynn Arango LLP
1533 Sunset Drive, Suite 150
Miami, FL 33143
Email: cflynn@sgfcounsel.com
Tel. 305-961-1450
*Attorneys for Plaintiff*

**Oscar E. Marrero, Esq.**
Marrero & Wydler
2600 S. Douglas Road, PH-4
Coral Gables, FL 33134
Email: oem@marrerolegal.com
Tel. 305-446-5528
*Attorney for City of Hialeah*

| | |
|---|---|
| From: | cmecfautosender@flsd.uscourts.gov |
| Sent: | Friday, January 8, 2021 3:44 PM |
| To: | flsd_cmecf_notice@flsd.uscourts.gov |
| Subject: | Activity in Case 1:20-cv-23973-RNS Perera-Gonzalez v. Rodriguez et al Order on Motion for Miscellaneous Relief |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 1/8/2021 at 3:44 PM EST and filed on 1/8/2021
**Case Name:** Perera-Gonzalez v. Rodriguez et al
**Case Number:** 1:20-cv-23973-RNS
**Filer:**
**Document Number:** 35(No document attached)

**Docket Text:**
**PAPERLESS ORDER: The Court grants [34] Defendant Jorge Rodriguez's motion for leave to conventionally file his video footage as an exhibit to his [33] reply. The Defendant must conventionally file his video footage with the Clerk. The Defendant is also ordered to simultaneously provide a courtesy copy of the footage to chambers. Signed by Judge Robert N. Scola, Jr. (kbe)**

**1:20-cv-23973-RNS Notice has been electronically mailed to:**

Carolina Sofia Pinero    carolina.pinero@bowmanandbrooke.com

Charles William Flynn    cflynn@sgfcounsel.com, ahettinga@sgfcounsel.com, czickler@sgfcounsel.com

Elizabeth M. Hernandez    elizabeth.hernandez@bowmanandbrooke.com, juliet.menendez@bowmanandbrooke.com

Lourdes Espino Wydler    lew@marrerolegal.com, dinah@marrerolegal.com, oem@marrerolegal.com

Oscar Edmund Marrero    oem@marrerolegal.com, dinah@marrerolegal.com, lew@marrerolegal.com

Paul Anthony Basile    basilelaw@gmail.com

1

**United States District Court**
**Southern District of Florida**

Case Number: 20 CV 23973

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: Miami

These Documents/Exhibits must not be placed in the "temp chron file".

Documents/Exhibits Retained in Supplemental Files **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

Documents/Exhibits Retained in Supplemental Files **(Not Scanned)**

_X_ CD, DVD, USB drive. (i.e. Audio/Visual)

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 1/13/21

Revised: 2/20/2019



Perera-Gonzalez v. Rodriguez, et al.
Case No. 20-cv-23973-RNS
Def. Rodriguez's Television Video Footage
[DE 34 and DE 35]