UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:20-cv-23973-RNS

EDDY PERERA-GONZALEZ,

    Plaintiff,

v.

JORGE RODRIGUEZ, individually,
CITY OF HIALEAH, FLORIDA,
A municipal corporation,

    Defendants.
_____/

## INTERIM JOINT STATUS REPORT

The parties, pursuant to Fed.R.Civ.P. 16 and this Court's Scheduling Order [D.E. 24] entered December 17, 2020, file this Interim Joint Status Report, as follows:

    A.    Yes, all Defendants have been served.

    B.    Yes, all Defendants have responded to the Complaint.

    C.    This is not a class action.

    D.    The Parties have agreed to retired Circuit Court Judge Ellen Leesfield as the mediator.  The Parties will schedule the mediation prior to the August 13, 2021 mediation deadline.

    E.    The Parties conducted preliminary discussions regarding settlement, but agree discovery is necessary before more substantive discussions can take place.  The Parties agree to communicate regarding potential settlement as the case progresses.

    F.    The Plaintiff has responded to initial documentary discovery served by the Defendants.  The Defendants are in the process of locating documents and information

responsive to discovery requests propounded by the Plaintiff. The Parties believe they will be able to complete discovery within the Court's current deadlines.

      G.    There are no other currently known issues that the Parties believe require the Court's assistance at this time.

Dated: March 19, 2021

Respectfully submitted,

| | |
|---|---|
| MARRERO & WYDLER, P.A.<br>Counsel for City<br>2600 Douglas Road, PH-4<br>Coral Gables, FL 33134<br>(305) 446-5528<br>(305) 446-0995 (fax)<br>oem@marrerolegal.com<br>lew@marrerolegal.com<br>dinah@marrerolegal.com<br><br>BY \_\_/s/ Oscar E. Marrero_____<br>    OSCAR E. MARRERO<br>    F.B.N.: 372714<br>    LOURDES E. WYDLER<br>    F.B.N.: 719811 | BOWMAN AND BROOKE, LLP<br>Counsel for Rodriguez<br>Two Alhambra Plaza, Suite 800<br>Coral Gables, FL 33134<br>(305) 995-5600<br>(305) 995-6090 (fax)<br>Elizabeth.hernandez@bowmanandbrooke.com<br>Juliet.menendez@bowmanandbrooke.com<br><br>BY \_\_/s/ Elizabeth M. Hernandez _____<br>    ELIZABETH M. HERNANDEZ<br>    F.B.N.: 378186 |
| The Law Office of<br>KASSEBAUM and BASILE, P.A.<br>Counsel for Plaintiff<br>150 W Flagler Street, Suite 1675<br>(305) 445-2985<br>(754) 400-6113 (fax)<br>paul@kblawmiami.com<br><br>BY \_\_/s/ Paul Basile_____<br>    PAUL BASILE<br>    F.B.N.: 89036 | STOLZENBERG GELLES FLYNN<br>& ARANGO, LLP<br>Counsel for Plaintiff<br>1533 Sunset Drive, Suite 150<br>Miami, FL 33143<br>(305) 961-1450<br>(305) 423-3979 (fax)<br>cflynn@sgfcounsel.com<br><br>BY \_\_/s/ Charles W. Flynn, III._____<br>    CHARLES W. FLYNN, III.<br>    F.B.N.: 204791 |